# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHERYL DENHAM, INDIVIDUALLY AND ON BEHALF OF HER MINOR CHILD J.G. | CIVIL ACTION |
| | NO. 18-742-SDD-RLB |
| VERSUS | |
| LINDA RICHARD, INDIVIDUALLY AND IN HER CAPACITY AS A CENTRAL COMMUNITY SCHOOL SYSTEM EMPLOYEE, ET AL. | |

## **ORDER**

This Order is issued *sua sponte*.

Cheryl Denham ("Plaintiff") initiated this action in 19th Judicial District Court, East Baton Rouge Parish, Baton Rouge by filing a Petition for Damages on or about August 24, 2015. (R. Doc. 1-2). The Petition seeks recovery solely under state law. Central Community School System ("CCSS") answered the Petition on September 23, 2015. (R. Doc. 1-5 at 8-11).[1]

On July 10, 2018, Plaintiff filed a Motion for Leave of Court to File First Supplemental and Amending Petition for Damages. (R. Doc. 1-3). In this proposed pleading, Plaintiff seeks to assert claims pursuant to Title VII of the Civil Rights of 1964 and 42 U.S.C. § 2000-2(a). (R. Doc. 1-3 at 4). Plaintiff sent Central Community School System ("CCSS") a copy of the foregoing motion on July 17, 2018. (R. Doc. 1-4).

On August 3, 2018, CCSS filed a Notice of Removal asserting that this Court has federal question jurisdiction over this action in accordance with 28 U.S.C. § 1331 in light of the filing of

---

[1] After this action was removed, the defendant Linda Richard filed a Motion for Declaration of Insufficient Service of Process. (R. Doc. 5). The motion remains pending.

Plaintiff's First Supplemental and Amending Petition for Damages. (R. Doc. 1). CCSS further asserts that removal was timely, pursuant to 28 U.S.C. § 1446(b)(1), because CCSS received a copy of the "Supplemental and Amending Petition" on July 17, 2018. (R. Doc. 1 at 4).

Plaintiff's Motion for Leave of Court to File First Supplemental and Amending Petition for Damages is governed by Louisiana procedural law, which provides that after the service of an answer, a plaintiff may only amend his petition "by leave of court or by written consent of the adverse party." La. C.C.P art. 1151. The record does not contain any written consent to the filing of the First Supplemental and Amending Petition for Damages, or any signed order granting Plaintiff's Leave of Court to File First Supplemental and Amending Petition for Damages and entering the First Supplemental and Amending Petition for Damages into the record as the operative pleading. (*See* R. Doc. 1-5 at 15) (unsigned proposed order).

Based on the foregoing, it is unclear to the Court whether the First Supplemental and Amending Petition for Damages was filed by the State Court as the operative pleading in this action prior to removal. If not, removal, which is premised on the allegations in the First Supplemental and Amending Petition for Damages, may have been premature. *See Bolden v. McMillin*, No. 06-567, 2006 WL 3694599, at *1 (S.D. Miss. Dec. 13, 2006) (remanding action that was removed while motion to amend to add federal claim was still pending).

Accordingly,

**IT IS ORDERED** that Central Community School System shall, **within 14 days of the date of this Order,** supplement the record, pursuant to 28 U.S.C. § 1447(b), with "copies of all records and proceedings" in the State Court indicating that the First Supplemental and Amending Petition for Damages has been filed into the record as the operative pleading. In addition to the foregoing, Central Community School System shall file **within 14 days of the date of this**

2

**Order,** if applicable, a memorandum in support of its assertion that the Plaintiff's First Supplemental and Amending Petition for Damages is the operative pleading for the purposes of determining this Court's subject matter jurisdiction.

Signed in Baton Rouge, Louisiana, on January 2, 2019.

                                          **RICHARD L. BOURGEOIS, JR.**
                                          **UNITED STATES MAGISTRATE JUDGE**