**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

DENHAM, ET AL.

CIVIL ACTION

VERSUS

18-742-SDD-RLB

RICHARD, ET AL.

## RULING

The Court has carefully considered the *Motions*[1] filed by the Parties, the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr., dated February 6, 2020, to which no objections have been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's *Partial Motion for Voluntary Dismissal of Claims Specifically Related to Any Benefits, Protections, and Damages Pursuant to the Civil Rights Act of 1964, and 42 U.S.C. 2000-2(A) and Motion to Remand to District Court*[3] is hereby GRANTED, and Plaintiffs' claims arising under federal law are hereby DISMISSED WITH PREJUDICE.

---

[1] Rec. Docs. 36 and 40.
[2] Rec. Doc. 43.
[3] Rec. Doc. 40.

**IT IS FURTHER ORDERED** that this case is hereby REMANDED to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana, for all further proceedings.

Signed in Baton Rouge, Louisiana on <u>February 28, 2020</u>.

_____
**CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**